NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PER AARSLEFF A/S, GREENLAND CONTRACTORS I/S,**
*Plaintiff-Appellees*

**COPENHAGEN ARCTIC A/S,**
*Plaintiff-Cross-Appellant*

v.

**UNITED STATES, EXELIS SERVICES A/S,**
*Defendant-Appellants*

---

2015-5111, -5112, -5135

---

Appeals from the United States Court of Federal Claims in Nos. 1:15-cv-00215-CFL, 1:15-cv-00272-CFL, 1:15-cv-00330-CFL, Judge Charles F. Lettow.

---

**O R D E R**

Upon review of these appeals, the court sets the briefing schedule as follows.

IT IS ORDERED THAT:

The opening briefs of Exelis Services A/S's ("Exelis") and the United States are due no later than October 20, 2015. Copenhagen Arctic A/S's ("Copenhagen") opening brief is due no later than 40 days after the filing of the

Exelis's or the United States' opening briefs, whichever is later. The plaintiffs-appellees' briefs are due no later than 40 days after filing of Copenhagen's opening brief. Exelis's and the United States' response/reply briefs are due no later than 40 days after filing of the plaintiffs-appellees' briefs. Copenhagen's reply brief is due no later than 14 days after filing of Exelis's or the United States' opening response/reply brief, whichever is later.

                                                 FOR THE COURT

                                       /s/ Daniel E. O'Toole
                                       Daniel E. O'Toole
                                       Clerk of Court

s31