NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PER AARSLEFF A/S,**
*Plaintiff-Appellee*

**COPENHAGEN ARCTIC A/S, GREENLAND CONTRACTORS I/S,**
*Plaintiffs-Cross-Appellants*

v.

**UNITED STATES, EXELIS SERVICES A/S,**
*Defendants-Appellants*

---

2015-5111, -5112, -5135, -5143

---

Appeals from the United States Court of Federal Claims in Nos. 1:15-cv-00215-CFL, 1:15-cv-00272-CFL, and 1:15-cv-00330-CFL, Judge Charles F. Lettow.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motion to expedite this appeal,

IT IS ORDERED THAT:

The motion is granted. The opening briefs of the United States and Exelis Services A/S are due no later than September 29, 2015. The opening/response briefs of Copenhagen Arctic A/S and Greenland Contractors I/S are due no later than October 19, 2015. The response brief of Per Aarsleff A/S is due no later than November 5, 2015. The response/reply briefs of the United States and Exelis Services are due no later than November 25, 2015. The reply briefs of Copenhagen Arctic and Greenland Contractors are due no later than December 10, 2015. The joint appendix is due no later than December 15, 2015. The appeals will be placed on the next available oral argument calendar after briefing is completed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31